ORIGINAL

FILED

05/12/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0261

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0261

CORY GOODMAN,

Petitioner,

v.

MONTANA TWENTY-FIRST JUDICIAL
DISTRICT COURT, RAVALLI COUNTY,
and the HON. JENNIFER B. LINT,
DISTRICT JUDGE,

Respondent.

FILED

MAY 1 2 2020

Bowen Greenwood
Clerk of Supreme Coun
State of Montana

ORDER

Petitioner Cory Goodman, via counsel, has asked us to exercise supervisory control over the Twenty-First Judicial District Court, Ravalli County, in that court's Cause No. DC-19-140. Specifically, Goodman asks us to reverse the District Court's May 1, 2020 Order Denying Motion to Continue Trial. Goodman alleges supervisory control is necessary in this case because his Constitutional rights are at stake and the District Court is causing a gross injustice by forcing him to proceed to trial unprepared.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. With trial currently set for June 5, 2020, we find it necessary to do so on an expedited schedule. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Twenty-First Judicial District Court and the State of Montana, or both, are granted until Monday, May 18, 2020, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide copies of this Order to the Hon. Jennifer B. Lint, Twenty-First Judicial District, and to all counsel of record in the Twenty-First Judicial District Court's Cause No. DC-19-140.

Dated this 12th day of May, 2020.

For the Court,

By   _____

Justice